UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES SHELTON RAY, JR. )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>STATE OF NORTH CAROLINA, MR. )<br>JOSHUA STEIN, TOWN OF CARY, )<br>HARLOLD WEINBRECHT, CARY )<br>POLICE DEPARTMENT, W.T. )<br>SPENCER, J.H. HANAK, AND P.J. )<br>HOWARD )<br> )<br>　　　　Defendants. ) | **JUDGMENT**<br>**CASE NO. 5:25-CV-00379-M-RN** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on June 20, 2025, the Plaintiff's objection is OVERRULED and Defendants' Motion for Summary Judgment [DE 79] is GRANTED. Plaintiff's Motion for Summary Judgment [DE 103] and Motion for Leave to Extend Deadline [DE 102] are DENIED AS MOOT. The Clerk is DIRECTED to enter judgment in favor of Defendants.

This Judgment filed and entered on June 20, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)
James Shelton Ray, Jr.　　　　(via CM/ECF electronic notification)


June 20, 2025　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: /s/ Tyjuana Griffin
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk